UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA COREY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-07150-EKL<br><br>**CASE MANAGEMENT & SCHEDULING ORDER** |

On June 11, 2025, the parties appeared before Judge Eumi K. Lee for a case management conference. The Court ORDERS as follows:

(1) The parties shall comply with this Court's standing orders, which are available on the Court's website and in the Clerk's Office.

(2) The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case unless otherwise ordered by the Court.

(3) All disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

(4) The close of fact discovery is the date by which all discovery must be completed, including motions to compel, hearings on discovery motions, and any additional discovery resulting from orders on discovery motions. Accordingly, all discovery requests shall be served sufficiently in advance of the close of fact discovery to allow the discovering party enough time prior to the cut-off date to challenge allegedly deficient responses via motion to compel and to receive the necessary responses if the motion is granted. Depositions must be noticed at least 30 days prior to the close of fact discovery.

1  (5) A further case management conference is scheduled for December 17, 2025, at 1:30
2      p.m. via Zoom video. An updated joint case management conference statement is
3      due fourteen days before the case management conference. The statement need not
4      repeat the information in previous statements.

IT IS FURTHER ORDERED that this case is referred to private mediation. By December 3, 2025, the parties shall hold an initial ADR session with their chosen mediator. Within seven days after the initial ADR session, the parties shall file a joint status report identifying the parties' mediator and confirming that the initial ADR session was completed. The status report shall state the outcome of the session and the parties' proposals for further ADR efforts if the initial ADR session was unsuccessful.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| Event | Deadline |
| --- | --- |
| Initial case management conference held | June 11, 2025 |
| Deadline to complete service, amend pleadings, and add parties (without leave of court) | August 11, 2025 |
| Mid-discovery case management statement due | September 3, 2025 |
| Deadline to complete initial ADR session | December 3, 2025 |
| Close of fact discovery | December 3, 2025 |
| Further case management conference | December 17, 2025 |
| Close of expert discovery | January 9, 2026 |
| Last day to hear dispositive and *Daubert* motions[1] | February 25, 2026 |
| Pretrial conference | May 20, 2026 |
| Jury trial (est. 5 to 7 days) | June 22, 2026 |

---

[1] Briefing on dispositive and related *Daubert* motions must close at least 28 days before the hearing date.

2

The parties may not modify these dates by stipulation without leave of court.  Civil L.R. 6-1(b).

**IT IS SO ORDERED.**

Dated: June 11, 2025

_____
Eumi K. Lee
United States District Judge