LAW OFFICES OF JILL A. WOOD
By:  LAURIE J. ELZA (284903)
One Pointe Drive, 6th Floor
Brea, CA  92821
Phone:  (714) 571-0407 / Fax:  (877) 369-5799
Direct Line:  (714) 371-2311
E-Mail:  laurie.elza@thehartford.com
**Mailing Address:  P.O. Box 2282, Brea, CA 92822-2282**

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA COREY and DAVID COREY,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, SLENDERTONE DISTRIBUTION, INC., BIO-MEDICAL RESEARCH LTD., DOE ONE through DOE FIFTY,<br><br>Defendants. | Case No. 5:24-cv-07150-EKL<br><br>**STIPULATION FOR EXTENSION OF DISCOVERY AND EXPERT DISCOVERY DEADLINES with [PROPOSED] ORDER**<br><br>Complaint Filed:  July 29, 2024<br>Trial Date:  June 22, 2026 |
| COSTCO WHOLESALE CORPORATION,<br><br>Cross-Complainant,<br><br>vs.<br><br>SLENDERTONE DISTRIBUTION, INC.; and ROES 1-30, Inclusive,<br><br>Cross-Defendants. | |

Plaintiffs Maria Corey and David Corey and Defendant Costco Wholesale Corporation, the parties to this action ("Parties"), by and through their counsel of record, agree and stipulate to extensions of the current discovery and expert designation deadlines as follows:

Per the Court's Scheduling Order, discovery closes on December 3, 2025, and expert

1  discovery closes on January 9, 2026. The Parties have set this matter for mediation on
2  December 3, 2025, and have completed the initial discovery needed by each for mediation. In
3  an effort to limit the attorney's fees and expenses associated with discovery prior to
4  mediation, the Parties have agreed and stipulate to extend the following deadlines:
5  　　　　　　　　　Discovery deadline is extended to April 15, 2026
6  　　　　　　　　　Expert Discovery is extended to May 15, 2026
7  　　　The Parties stipulate and agree that their respective claims and defenses will not be
8  harmed or prejudiced with this Stipulation and the agreed extensions.
9  　　　Parties respectfully request that the Court enter the Proposed Order pursuant to the
10 terms of this Stipulation.
11 　　　**IT IS SO STIPULATED.**
12 Dated: October 30, 2025　　　　　ABRAMSON SMITH WALDSMITH, LLP
13
14 　　　　　　　　　　　　　　　　BY: _____
15 　　　　　　　　　　　　　　　　　　ROBERT J. WALDSMITH
　　　　　　　　　　　　　　　　　　JEFFREY R. SMITH
16 　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs,
　　　　　　　　　　　　　　　　　　MARIE COREY and DAVID COREY
17
18 Dated: October 31, 2025　　　　　LAW OFFICES OF JILL A. WOOD
19
20
21 　　　　　　　　　　　　　　　　BY: _____
22 　　　　　　　　　　　　　　　　　　LAURIE J. ELZA
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　COSTCO WHOLESALE CORPORATION
23
24
25
26
27
28

**ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the Stipulation filed by the Parties in this matter and enters the following Order pursuant to its terms:

1. The December 3, 2025, Discovery deadline is now RESET to April 15, 2026.

2. The January 9, 2026, Expert Discovery deadline is now RESET to May 15, 2026.

3. All other dates, deadlines, and instructions contained in the June 11, 2025, Pretrial Scheduling Order (ECF No. 20), SHALL remain in effect.

IT IS SO ORDERED.

Dated: _____, 2025        _____
                                                                       The Honorable Emi K. Lee
                                                                       United States District Judge

STIPULATION FOR EXTENSION OF DISCOVERY AND EXPERT DISCOVERY DEADLINES WITH [PROPOSED] ORDER

**CERTIFICATE OF SERVICE**
*MARIA COREY; DAVID COREY vs COSTCO WHOLESALE, et al.*
Case No.  5:24-cv-07150-EKL

UNITED STATES DISTRICT COURT       )

NORTHERN DISTRICT OF CALIFORNIA)

  I am a citizen of the United States and am employed in the county aforesaid.  I am over the age of eighteen years and not a party to the within entitled action. My business address is: One Pointe Drive, 6th Floor, Brea, CA 92821.

  On November 10, 2025, I served the following described document(s) on the interested parties in this action:

  **STIPULATION FOR EXTENSION OF DISCOVERY AND EXPERT DISCOVERY DEADLINES with [PROPOSED] ORDER**

<u>X</u>  ELECTRONICALLY by using the Court's CM/ECF System:

Robert J. Waldsmith, Esq.
Jeffrey R. Smith, Esq.
ABRAMSON SMITH WALDSMITH, LLP
19 Tehama Street, Suite A
San Francisco, CA 94104
Telephone:  (415) 421-7995
Facsimile:  (415) 421-0912
Email:  rjw@aswllp.com; jrs@aswllp.com; aiemee@aswllp.com; stephanie@aswllp.com; staff@aswllp.com
Attorneys for Plaintiffs MARIE COREY and DAVID COREY

<u>X</u>  FEDERAL:  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

               */s/ Cinda M. Cox*
               _____
               CINDA M. COX