1  LAW OFFICES OF JILL A. WOOD
   By:  LAURIE J. ELZA (284903)
2  One Pointe Drive, 6th Floor
   Brea, CA  92821
3  Phone:  (714) 571-0407 / Fax:  (877) 369-5799
4  Direct Line:  (714) 371-2311
   E-Mail:  laurie.elza@thehartford.com
5  **Mailing Address:  P.O. Box 2282, Brea, CA 92822-2282**

6  Attorneys for Defendant
   COSTCO WHOLESALE CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  MARIA COREY and DAVID COREY, | Case No. 5:24-cv-07150-EKL |
| 12             Plaintiff, | |
| 13       vs. | **UPDATED JOINT CASE MANAGEMENT STATEMENT** |
| 14  COSTCO WHOLESALE CORPORATION, SLENDERTONE DISTRIBUTION, INC., BIO-MEDICAL RESEARCH LTD., DOE ONE through DOE FIFTY, | |
| 15 | Complaint Filed:  July 29, 2024 |
| 16 | Trial Date:  June 22, 2026 |
| 17             Defendants. | |
| 18  COSTCO WHOLESALE CORPORATION, | |
| 19             Cross-Complainant, | |
| 20       vs. | |
| 21  SLENDERTONE DISTRIBUTION, INC.; and ROES 1-30, Inclusive, | |
| 22 | |
| 23             Cross-Defendants. | |

24

25      The parties to the above-entitled action jointly submit this MID-DISCOVERY CASE

26  MANAGEMENT STATEMENT, pursuant to the Court's Scheduling Order.

27      Discovery is progressing.  Plaintiff Maria Corey has been deposed and the deposition of

28  David Corey will be completed in January. The joint expert work relative to the product defect

1  issues has been completed. Mediation was completed on December 3, 2025, and did not resolve
2  the pending claims.
3     The parties' stipulation to extend expert designation and discovery deadlines to avoid the
4  associated costs ahead of the mediation has been submitted to the Court with the Order
5  approving the same executed by the Court. The parties intend to complete discovery, including
6  the depositions of Costco persons most qualified, Plaintiffs' family members and medical
7  providers, and subpoenas for updated medical records and Plaintiffs' employment records with
8  IHSS. The parties do not anticipate the filing of dispositive or expert challenge motions.

Dated: December 3, 2025            ABRAMSON SMITH WALDSMITH LLP

                                   BY: _____
                                        JEFFREY R. SMITH
                                        Attorneys for Plaintiffs,
                                        MARIA COREY and DAVID COREY

Dated: December 3, 2025            LAW OFFICES OF JILL A. WOOD

                                   BY: _____
                                        LAURIE J. ELZA
                                        Attorneys for Defendant
                                        COSTCO WHOLESALE CORPORATION

**CERTIFICATE OF SERVICE**
*MARIA COREY; DAVID COREY vs COSTCO WHOLESALE, et al.*
Case No.  5:24-cv-07150-EKL

UNITED STATES DISTRICT COURT       )

NORTHERN DISTRICT OF CALIFORNIA)

     I am a citizen of the United States and am employed in the County of Orange, State of California.  I am over the age of eighteen years and not a party to this action.  My business address is:  Law Offices of Jill A. Wood, One Pointe Drive, 6th Floor, Brea, CA 92821; email address:  Cinda.Cox@thehartford.com.

     On December 3, 2025, I served the following described document(s), on the interested party/parties in this action:

**UPDATED JOINT CASE MANAGEMENT STATEMENT**

X    ELECTRONICALLY: I caused to be served the attached document(s) on the interested party(ies) as noted below:

Robert J. Waldsmith, Esq.
Jeffrey R. Smith, Esq.
ABRAMSON SMITH WALDSMITH, LLP
19 Tehama Street, Suite A
San Francisco, CA 94104
Telephone:  (415) 421-7995
Facsimile:  (415) 421-0912
Email:  rjw@aswllp.com; jrs@aswllp.com; aiemee@aswllp.com; stephanie@aswllp.com; staff@aswllp.com
Attorneys for Plaintiffs MARIE COREY and DAVID COREY

X    FEDERAL:  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Date:  December 3, 2025

                                                            CINDA M. COX

*For purposes of serving documents on the Law Offices of Jill A. Wood,*
*please use the following email addresses:*

*Laurie.Elza@thehartford.com*
*Cinda.Cox@thehartford.com*
*CaliforniaLawOffice@thehartford.com*

3
UPDATED JOINT CASE MANAGEMENT STATEMENT