**ABRAMSON SMITH WALDSMITH, LLP**
ROBERT J. WALDSMITH [State Bar # 163774]
JEFFREY R. SMITH [State Bar # 245337]
19 Tehama Street, Suite A
San Francisco, California 94104
Telephone:  (415) 421-7995
Facsimile:   (415) 421-0912

Attorneys for Plaintiffs
MARIA COREY and
DAVID COREY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA [SAN JOSE DIVISION]

| | |
|---|---|
| MARIA COREY And DAVID COREY, <br><br> Plaintiffs, <br><br> vs. <br><br> COSTCO WHOLESALE CORPORATION, SLENDERTONE DISTRIBUTION, INC., BIO-MEDICAL RESEARCH LTD., DOE ONE through DOE FIFTY, <br><br> Defendants. | **Case No. 5:24-cv-07150** <br> [Former Santa Clara Superior Court Case No. 24CV444183] <br><br> **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL** <br><br><br> **JUDGE:  Hon. Eumi K. Lee** |

Plaintiffs Maria Corey and David Corey and Defendant Costco Wholesale Corporation hereby stipulate under Rules 41(a) and (c) of the Federal Rules of Civil Procedure that this action be dismissed with prejudice as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs, under the terms of that certain Settlement Agreement entered into by the parties on or about March 17, 2026.

The parties further stipulate that as a condition of this dismissal, this Court shall retain jurisdiction to supervise and enforce the terms of the Settlement Agreement upon motion by any party, as provided by Section 664.6 of the California Code of Civil Procedure and other applicable state and federal law.

The parties further hereby voluntarily consent under 28 U.S.C. § 636(c) to have the Honorable Eumi K. Lee, United States Judge, conduct any and all further proceedings in the case.

Dated:  March 31, 2026                    ABRAMSON SMITH WALDSMITH LLP

_____
JEFFREY R. SMITH
Attorneys for Plaintiffs,
MARIA COREY and DAVID COREY

*April 1, 2026*
Dated: March 31, 2026                    LAW OFFICES OF JILL A. WOOD

_____
LAURIE J. ELZA
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

ABRAMSON SMITH WALDSMITH, LLP
ATTORNEYS AT LAW

2
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL

[Proposed]

## **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Rules 41(a) and (c) of the Federal Rules of Civil Procedure, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. ~~As a condition of dismissal, and as provided by Section 664.6 of the California Code of Civil Procedure and other applicable state and federal law, the Court shall retain jurisdiction to supervise and enforce the terms of the settlement.~~

IT IS SO ORDERED.

Dated: ___April 8, 2026___

_____
HON. EUMI K. LEE
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER RE DISMISSAL

ABRAMSON SMITH WALDSMITH, LLP
ATTORNEYS AT LAW